UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED JUN 21 2005

| | | |
|---|---|---|
| INDEPENDENT FINANCIAL SERVICES, INC., Plaintiff | : | CA 05 275 ML |
| v. | : | C.A. No. 05- |
| PNC BANK, N.A., Defendant | : | |

**NOTICE OF REMOVAL**

Defendant PNC Bank, N.A. ("Defendant"), for the purpose of removing this cause to the United States District Court for the District of Rhode Island, states as follows:

1. **State Court Action.** This is an action filed on or about May 31, 2005, in the Superior Court, County of Providence, State of Rhode Island, being numbered C.A. No. PC05-2517 on the docket of said Court and being a suit by Plaintiff Independent Financial Services, Inc. ("Plaintiff") against Defendant.

2. **Federal Jurisdiction.** As alleged in paragraph 1 of the Complaint, Plaintiff is a Connecticut corporation with a principal place of business in Westerly, Rhode Island. Defendant is a national banking institution, organized under the laws of the United States of America, with a principal place of business in Pittsburgh, Pennsylvania. Furthermore, on information and belief, the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000), exclusive of interest and costs. Accordingly, this Court has original jurisdiction over this matter based upon diversity of citizenship pursuant to 28 U.S.C. § 1332(a), and the above-described civil action is one which may be removed pursuant to 28 U.S.C. § 1441.

(1)

**3.** **Timeliness of Removal Petition.** Defendant received first notice of the Complaint on or about June 3, 2005. Removal of this action is therefore timely pursuant to 28 U.S.C. § 1446(b).

**4.** **Notice.** Defendant hereby gives notice of its removal of this case to the United States District Court for the District of Rhode Island, which will assume jurisdiction of this cause and issue such further orders and process as may be necessary to bring before it all parties necessary for the trial hereof.

PNC BANK, N.A.

By its Attorneys,

Mark W. Freel (#4003)
Raymond M. Ripple (#6489)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

## CERTIFICATE OF SERVICE

I, hereby certify that on the 21st day of June 2005, I caused a true copy of the within Notice of Removal to be served by courier to the following counsel of record:

Jeffrey C. Schreck, Esq.
One Providence Washington Plaza
Fifth Floor
Providence, RI 02903