STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

| | | |
|---|---|---|
| INDEPENDENT FINANCIAL SERVICES, INC., | : | |
| Plaintiff | : | |
| v. | : | C.A. No. 05-~~2517~~ 2157 |
| PNC BANK, N.A. | : | |
| Defendant | : | |

**CERTIFIED COPY OF STATE COURT RECORD**

I, Susan Shaw, Assistant Clerk of the Superior Court for the County of Providence, State of Rhode Island, hereby certify that the documents attached hereto are true and accurate copies of all the records and proceedings, and all the docket entries, including the filing of the Notice of Removal, in the matter entitled Independent Financial Services, Inc. v. PNC Bank, N.A., C.A. No. PC05-2517, as of June 21, 2005.

Sue Shaw
Clerk
Providence County Superior Court

PRV_737316_1/MFREEL

2