UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

INDEPENDENT FINANCIAL SERVICES, INC.,
Plaintiff

v.

PNC BANK, N.A., f/k/a PNC BANK, F.S.B.,
Defendants

C.A. No. 05-275-ML

RECEIVED
JUN 30 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**Stipulation**

The undersigned parties hereby stipulate and agree that the defendants in the above captioned action shall have an extension of time, through and including July 22, 2005, within which to answer, plead or otherwise respond to Plaintiff's Complaint.

PNC BANK, N.A., f/k/a PNC BANK, F.S.B.

By its Attorneys,

Mark W. Freel (#4003)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
(401) 274-9200
(401) 276-6611 (Fax)

INDEPENDENT FINANCIAL SERVICES, INC.

By its Attorneys,

Jeffrey C. Schreck (#2428)
One Providence Washington Plaza, 5th FL.
Providence, RI 02903-7104
(401) 421-9600
(401) 331-9267 (Fax)

Enter:
Mary M. Lisi
USDJ 7/5/05