FILED
FEB 1 0 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INDEPENDENT FINANCIAL SERVICES, INC., Plaintiff, | : | |
| v. | : | C.A. No. 05-275-ML |
| PNC BANK, N.A., f/k/a PNC BANK, F.S.B., Defendant. | : | |

**DEFENDANT'S MOTION TO AMEND ANSWER**

Defendant PNC Bank, N.A., f/k/a PNC Bank, F.S.B. ("PNC") hereby moves to amend its Answer in the form annexed hereto as Exhibit A, in accordance with Rule 15 of the Federal Rules of Civil Procedure. In support of this motion, PNC submits the accompanying memorandum of law.

PNC BANK, N.A.

By its Attorneys,

[signature]

Mark W. Freel (#4003)
Raymond M. Ripple (#6489)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)

No objection having been timely filed pursuant to the Local Rules for the District of Rhode Island, the within motion is hereby granted.

[signature]
Deputy Clerk
Date: 3/1/06