UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INDEPENDENT FINANCIAL SERVICES, INC., | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 05-275-ML |
| PNC BANK, N.A., f/k/a PNC BANK, F.S.B., | : | |
| Defendant. | : | |

**JOINT MOTION TO EXTEND PRETRIAL ORDER DEADLINES**

Plaintiff Independent Financial Services, Inc. ("Plaintiff") and Defendant PNC Bank, N.A. ("Defendant") hereby jointly move this Court for an enlargement of time of the deadlines set forth in this Court's Pretrial Order entered on October 7, 2005, by a period of ninety (90) days. Under the terms of the current Pretrial Order, pretrial discovery is to be completed by May 31, 2006.

In support of this motion, Plaintiff and Defendant represent that they have made progress in discovery, including the exchange of a substantial volume of documents and written discovery, but have not yet conducted any depositions. Moreover, the parties are scheduled to participate in a Mandatory Settlement Conference with Magistrate Judge Lovegreen during the month of May, and wish to devote their immediate efforts to the possible settlement of this matter, as well as to any currently outstanding discovery. The parties are continuing in a good faith effort to engage in discovery, but based on the complexity of this matter, the parties believe that additional time is necessary and warranted. Accordingly, the parties respectfully request that the following dates be set:

1. All pretrial discovery be completed by August 29, 2006;

2. Dispositive motions shall be filed by September 12, 2006; and

3. Pretrial memoranda shall be filed within thirty (30) days after a decision on any dispositive motion, or, if no dispositive motions are filed, by September 26, 2006.

PNC BANK, N.A.

By its Attorneys,

/s/ Raymond M. Ripple

Mark W. Freel (#4003)
Raymond M. Ripple (#6489)
EDWARDS ANGELL PALMER
& DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)

INDEPENDENT FINANCIAL SERVICES, INC.

By its Attorneys,

/s/ Jeffrey C. Schreck

Jeffrey C. Schreck (#2428)
One Providence Washington Plaza
Fifth Floor
Providence, RI 02903
(401) 421-9600
(401) 331-9267 (Fax)