UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INDEPENDENT FINANCIAL SERVICES, INC., Plaintiff, | : | |
| v. | : | C.A. No. 05-275-ML |
| PNC BANK, N.A., f/k/a PNC BANK, F.S.B., Defendant. | : | |

**STIPULATION**

The undersigned parties hereby stipulate and agree that the Defendant in the above-captioned action shall have an extension of time, through and including May 10, 2006, within which to respond or object to Plaintiff's First Set of Interrogatories.

PNC BANK, N.A., f/k/a PNC BANK, F.S.B.

By its Attorneys,

Raymond M. Ripple

Mark W. Freel (#4003)
Raymond M. Ripple (#6489)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, Rhode Island 02903
(401) 274-9200
(401) 276-6611 (Fax)

INDEPENDENT FINANCIAL SERVICES, INC.

By its Attorneys,

Jeffrey Schreck

Jeffrey C. Schreck (#2428)
One Providence Washington Plaza, 5th Fl.
Providence, RI 02903-7104
(401) 421-9600
(401) 331-9267 (Fax)

Enter:
Mary M. Lisi
USDJ 4/25/06