PNCBANK

March 2, 2001

Mr. Richard L. Herriott
Independent Financial Services, Inc.
19 Grove Avenue
Westerly, RI 02891

Dear Richard:

Section 10.2(g) of the Financial Services Agreement dated February 27, 1998 between PNC Bank, F.S.B. and Independent Financial Services, Inc. and IFS Mortgage Services LLC allows for termination of this agreement if at least 400 loans or lines of credit on any business day within the first 36 months after the effective date of our agreement have not been established on PNC's books. PNC Bank is giving notice to IFS that we will terminate this agreement effective April 30, 2001.

Please call Dave Dingman at 412-762-8181 should you have any questions concerning this matter.

Sincerely,

Debra G. Lehman
Vice President
National Product Management

DGL:mg

cc: B. Ridley
J. Schmidt
D. Dingman
D. Shore