UNITED STATES DISTRICT COURT]
DISTRICT OF RHODE ISLAND

INDEPENDENT FINANCIAL SERVICES, INC., )
Plaintiffs, )
v. ) C.A. NO. 05-275-ML
PNC BANK, N.A., f/k/a PNC BANK, F.S.B., )
Defendant. )

**PLAINTIFF'S ASSENTED-TO MOTION FOR EXTENSION OF TIME**

Plaintiff Independent Financial Services, Inc. ("IFS") moves for an extension of time from Friday, May 26 to Monday, June 5, 2006, a period of 10 days, to respond to the motion for summary judgment of defendant PNC Bank, N.A. f/k/a PNC Bank, F.S. B. ("PNC"). PNC filed its motion for summary judgment on May 16.

IFS seeks this extension in order to have more time to research issues of Pennsylvania law raised by PNC and to research factual assertions made by PNC.

PNC's counsel has stated that PNC has no objection to this motion.

Jeffrey C. Schreck (#2428)
One Providence Washington Plaza
Fifth Floor
Providence, RI 02903
TEL (401) 421-9600
FAX (401) 331-9267
Attorney for Plaintiff

Certification

I hereby certify that I caused a copy of the within pleading to be mailed to

Mark W. Freel, Esq.
Raymond M. Ripple, Esq.
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903

on this 22nd day of May, 2006.

Jeffrey Sm