UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

INDEPENDENT FINANCIAL
SERVICES, INC.

v. C.A. No. 05-275 ML

PNC BANK, N.A.

**ORDER**

This matter came before the Court on Defendant's motion for summary judgment. The Court held a hearing on Defendant's motion on June 27, 2006. By agreement of the parties, Defendant's motion with respect to Count III of the complaint is GRANTED. Defendant's motion with respect to Counts I, II, and IV is DENIED.

ENTER:

Mary M. Lisi
United States District Judge
June 27, 2006