UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INDEPENDENT FINANCIAL SERVICES, INC., Plaintiff, | : | |
| v. | : | C.A. No. 05-275-ML |
| PNC BANK, N.A., f/k/a PNC BANK, F.S.B., Defendant. | : | |

**JOINT MOTION TO EXTEND PRETRIAL ORDER DEADLINES**

Plaintiff Independent Financial Services, Inc. ("Plaintiff") and Defendant PNC Bank, N.A. ("Defendant") hereby jointly move this Court for an enlargement of time of the deadlines set forth in this Court's Pretrial Order, as amended by order of this Court on April 25, 2006, by a period of one hundred-twenty (120) days. Under the terms of the current amended Pretrial Order, pretrial discovery is to be completed by August 29, 2006.

In support of this motion, Plaintiff and Defendant represent that despite their current efforts to complete discovery by the existing pretrial discovery closure deadline, additional time is required to complete discovery. Due to the large volume of documents exchanged by the parties in this case, written discovery has not yet been completed and the parties have not yet noticed depositions. Moreover, the Plaintiff's responses to Defendant's Second Set of Requests for Production of Documents and Set of Interrogatories remain outstanding, and Defendant expects to make a supplemental production of a large volume of responsive documents to Plaintiff within the next week. Furthermore, the undersigned counsel for Defendant is representing the defendants in the matter of Certified Power Systems, Inc. v. R.I. State Energy

Statutory Trust 2000, *et al.*, C.A. No. 05-066-ML, which is expected to be reached for trial in September 2006. Accordingly, the parties respectfully request that the following dates be set:

1. All pretrial discovery be completed by December 27, 2006;
2. Dispositive motions shall be filed by January 10, 2007; and
3. Pretrial memoranda shall be filed within thirty (30) days after a decision on any dispositive motion, or, if no dispositive motions are filed, by January 24, 2007.

PNC BANK, N.A.

By its Attorneys,

Mark W. Freel (#4003)
Raymond M. Ripple (#6489)
EDWARDS ANGELL PALMER
& DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)

INDEPENDENT FINANCIAL SERVICES, INC.

By its Attorney,

Jeffrey C. Schreck (#2428)
99 Wayland Avenue
Suite 200
Providence, RI 02906
(401) 421-9600
(866) 587-1527 (Fax)



PRV_824988_1