UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INDEPENDENT FINANCIAL SERVICES, INC., | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 05-275-ML |
| PNC BANK, N.A., f/k/a PNC BANK, F.S.B., | : | |
| Defendant. | : | |

**STIPULATED CONFIDENTIALITY ORDER**

Whereas Plaintiff Independent Financial Services, Inc. ("IFS") and Defendant PNC Bank, N.A. ("PNC") hereby acknowledge that PNC has or will produce documents to IFS in this case that may contain PNC's customers' confidential personal and/or financial information ("Confidential Information"), the parties hereby stipulate:

(1) That documents produced during this case containing Confidential Information will be used solely for purposes of this case and for no other purposes; and

(2) That neither the Confidential Information, nor the documents from which the Confidential Information is obtained, shall be provided to any person or entity other than counsel for PNC or IFS, this Court, and the parties' fact or expert witnesses relating to this case, except upon application to the Court; and

(3) Parties permitted by paragraph 2 to use documents containing Confidential Information may show the documents to PNC or IFS representatives if the documents are redacted so that none of the Confidential Information can be identified to any particular person and all Confidential Information that is not necessary for litigation purposes is redacted.

**ENTERED** as an Order of this Court this ______ day of September, 2006.

**ENTER:** **PER ORDER:**

_______________________________ _______________________________

**PRESENTED BY:**

PNC BANK, N.A.

By its Attorneys,

/s/ Raymond M. Ripple

Mark W. Freel (#4003)
Raymond M. Ripple (#6489)
EDWARDS ANGELL PALMER
& DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)
mfreel@eapdlaw.com
rripple@eapdlaw.com

INDEPENDENT FINANCIAL
SERVICES, INC.

By its Attorney,

/s/ Jeffrey C. Schreck

Jeffrey C. Schreck (#2428)
99 Wayland Avenue
Suite 200
Providence, RI 02906
(401) 421-9600
(866) 587-1527 (Fax)
jschreck@msn.com