UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INDEPENDENT FINANCIAL SERVICES, INC., Plaintiff, | : | |
| v. | : | C.A. No. 05-275-ML |
| PNC BANK, N.A., f/k/a PNC BANK, F.S.B., Defendant. | : | |

**JOINT MOTION TO EXTEND PRETRIAL ORDER DEADLINES**

Plaintiff Independent Financial Services, Inc. ("Plaintiff") and Defendant PNC Bank, N.A. ("Defendant") hereby jointly move this Court for an enlargement of time of the pretrial deadlines set forth in this Court's Order of August 1, 2006. Under the terms of the current Order, as amended, pretrial discovery is to be completed by December 27, 2006.

In support of this motion, Plaintiff and Defendant represent that all written discovery is complete, but that additional time is necessary in order to coordinate the scheduling of numerous depositions, several of which are expected to be conducted outside this District and for which the scheduling has been difficult due to the upcoming Holidays and the year-end. Accordingly, the parties respectfully request that the following dates be set:

1. All pretrial discovery be completed by February 13, 2007;
2. Dispositive motions shall be filed by March 9, 2007; and
3. Pre-trial memoranda shall be filed within thirty (30) days after a decision on any dispositive motion, or, if no dispositive motions are filed, by March 23, 2007.

**PRESENTED BY:**

PNC BANK, N.A.

By its Attorneys,

/s/ Mark W. Freel
/s/ Raymond M. Ripple

Mark W. Freel (#4003)
Raymond M. Ripple (#6489)
EDWARDS ANGELL PALMER
& DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)
mfreel@eapdlaw.com
rripple@eapdlaw.com

INDEPENDENT FINANCIAL SERVICES, INC.

By its Attorney,

/s/ Jeffrey C. Schreck

Jeffrey C. Schreck (#2428)
99 Wayland Avenue
Suite 200
Providence, RI 02906
(401) 421-9600
(866) 587-1527 (Fax)
jschreck@msn.com