UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INDEPENDENT FINANCIAL SERVICES, INC., Plaintiff, | : | |
| v. | : | C.A. No. 05-275-ML |
| PNC BANK, N.A., f/k/a PNC BANK, F.S.B., Defendant. | : | |

**DEFENDANT PNC BANK'S MOTION TO COMPEL RESPONSES TO ITS SECOND SET OF REQUESTS FOR PRODUCTION AND SECOND SET OF INTERROGATORIES**

Defendant PNC Bank, N.A. ("PNC") hereby moves this Court for an Order pursuant to Rule 37 of the Federal Rules of Civil Procedure, compelling Plaintiff Independent Financial Services, Inc. to respond to PNC's Second Set of Interrogatories and Second Set of Requests for Production of Documents.

PNC BANK, N.A.

By its Attorneys,

/s/ Raymond M. Ripple____________

Mark W. Freel (#4003)
Raymond M. Ripple (#6489)
EDWARDS ANGELL PALMER
& DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INDEPENDENT FINANCIAL SERVICES, INC., | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 05-275-ML |
| PNC BANK, N.A., f/k/a PNC BANK, F.S.B., | : | |
| Defendant. | : | |

**DEFENDANT PNC BANK'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO COMPEL RESPONSES TO ITS SECOND SET OF REQUESTS FOR PRODUCTION AND SECOND SET OF INTERROGATORIES**

Defendant PNC Bank, N.A. ("PNC") submits this Memorandum of Law in support of its Motion to Compel Plaintiff Independent Financial Services, Inc. ("IFS") to respond to PNC's Second Set of Requests for Production and Second Set of Interrogatories.

On June 1, 2006, PNC propounded to IFS a Second Set of Requests for Production of Documents and a Second Set of Interrogatories. Pursuant to Rule 33 and Rule 34 of the Federal Rules of Civil Procedure, IFS was obligated to respond to the written discovery on or before July 6, 2006. As of the date of this Motion, PNC has yet to receive responses to this second set of written discovery. Accordingly, pursuant to Rule 37 of the Federal Rules of Civil Procedure, PNC hereby requests that the Court enter an Order compelling IFS to produce responses to PNC's Second Set of Requests for Production and Second Set of Interrogatories within twenty (20) days of the Order.

PNC BANK, N.A.

By its Attorneys,

/s/ Raymond M. Ripple____________

Mark W. Freel (#4003)
Raymond M. Ripple (#6489)
EDWARDS ANGELL PALMER
& DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)

## RULE 37 CERTIFICATION

I hereby certify that I made good faith efforts to obtain the foregoing discovery without court action.

/s/ Raymond M. Ripple____________
Raymond M. Ripple

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of December 2006, I caused a true copy of the foregoing Motion to Compel and supporting Memorandum of Law to be delivered electronically on the following counsel of record:

Jeffrey C. Schreck, Esq.
jschreck@msn.com

/s/ Raymond M. Ripple