UNITED STATES DISTRICT COURT]
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| INDEPENDENT FINANCIAL SERVICES, INC.,<br>Plaintiffs,<br><br>v.<br><br>PNC BANK, N.A., f/k/a PNC BANK, F.S.B.,<br>Defendant. | C.A. NO. 05-275-ML |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO COMPEL PLAINTIFF'S RESPONSES TO DISCOVERY REQUESTS**

Plaintiff Independent Financial Services, Inc. ("IFS") requests that the Court pass as moot the motion to compel filed by defendant PNC Bank, N.A. ("PNC"). As of today IFS has responded to PNC's discovery and there is no need for entry of a court order directing IFS to respond.

___/s/___________________________
Jeffrey C. Schreck (#2428)
99 Wayland Avenue, Suite 200
Providence, RI 02906
TEL (401) 421-9600
FAX (866) 587-1527
Attorney for Plaintiff