UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INDEPENDENT FINANCIAL SERVICES, INC<br><br>Plaintiff,<br><br>v.<br><br>PNC BANK, N.A., f/k/a PNC BANK, F.S.B.<br><br>Defendant. | ) | C.A. No. 05-275-ML |

**JOINT MOTION TO EXTEND DEADLINE FOR FILING OF PRETRIAL MEMORANDA**

Plaintiff Independent Financial Services, Inc. ("Plaintiff") and Defendant PNC Bank, N.A. ("Defendant") hereby jointly move this Court for an enlargement of time of approximately two weeks for filing Pretrial Memoranda in this case. Under the terms of the current Pretrial Order, as amended, Pretrial Memoranda must be filed with the Court on or before by March 23, 2007. For reasons set forth herein, the parties request that the deadline be moved to April 9, 2007.

In support of this motion, Plaintiff and Defendant represent that additional time is necessary in part because of a key out-of-state deposition that must be completed in mid-March. In addition, Defendant's counsel must travel out of the country on business in late March. Accordingly, the parties respectfully request that the deadline for filing pretrial memoranda be extended to April 9, 2007. The parties are not seeking to extend the discovery closure deadline, although they are currently completing certain depositions by agreement.

**PRESENTED BY:**

PNC BANK, N.A.

By its Attorneys,

/s/ Mark W. Freel
/s/ Raymond M. Ripple

Mark W. Freel (#4003)
Raymond M. Ripple (#6489)
EDWARDS ANGELL PALMER
& DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)
mfreel@eapdlaw.com
rripple@eapdlaw.com

INDEPENDENT FINANCIAL SERVICES, INC.

By its Attorney,

/s/ Jeffrey C. Schreck

Jeffrey C. Schreck (#2428)
99 Wayland Avenue
Suite 200
Providence, RI 02906
(401) 421-9600
(866) 587-1527 (Fax)
jschreck@msn.com