UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CA 05-275ML Independent Financial v. PNC Bank

PRETRIAL SCHEDULING ORDER

The above listed case is scheduled for the **May, 2007** trial calendar with the empanelment scheduled for **Tuesday, May 1, 2007 at 9:30 am.** Trial counsel are required to make the following filings and submissions in accordance with the dates specified in this order.

1. Any motions in limine and supporting memoranda are to be electronically filed by **April 17, 2007.** Objections to motions in limine are to be electronically filed by **April 24, 2007.**

2. Trial counsel must confer with each other and provide to the Court by **April 24, 2007**, a list (paper) of exhibits to be admitted without objection.

3. If testimony is to be presented by way of deposition (video or transcript), a paper copy of the **entire** transcript must be provided to the Court. Counsel shall electronically file a list of the proponent's designated portions (i.e., page and line reference) by **April 17, 2007.** Opposing counsel must electronically file any cross designations and objections (setting forth the basis for the objection, e.g., "hearsay," "foundation," "404(b)") by **April 24, 2007.**

SO ORDERED:

Mary M. Lisi
Chief United States District Judge
April 3, 2007