UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INDEPENDENT FINANCIAL SERVICES, INC. | : | |
| Plaintiff | : | C.A. No. 05-275-ML |
| v. | : | |
| PNC BANK, N.A., f/k/a PNC BANK, F.S.B., | : | |
| Defendants | : | |

**STIPULATION**

The undersigned parties hereby stipulate and agree that any claim in this action by Plaintiff Independent Financial Services, Inc. ("IFS") for punitive or other exemplary damages shall be and hereby is withdrawn, with prejudice.

PNC BANK, N.A., f/k/a PNC BANK, F.S.B.

By its Attorneys,

/s/ Mark W. Freel
Mark W. Freel (#4003)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, Rhode Island 02903
(401) 274-9200
(401) 276-6611 (Fax)

INDEPENDENT FINANCIAL SERVICES, INC.

By its Attorneys,

/s/ Jeffrey C. Schreck
Jeffrey C. Schreck (#2428)
99 Wayland Avenue, Suite 200
Providence, RI 02906
(401) 421-9600
(866) 587-1527 (Fax)

ENTER:

______________________

ORDER:

______________________