UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INDEPENDENT FINANCIAL SERVICES, INC.<br><br>Plaintiff<br><br>v.<br><br>PNC BANK, N.A., f/k/a PNC BANK, F.S.B.,<br><br>Defendants | : | C.A. No. 05-275-ML |

**ORDER**

This matter arose upon the emergency motion of Defendant PNC Bank, N.A. ("PNC") for an extension of time within which to submit any pretrial motions in limine concerning the damages theory of Plaintiff Independent Financial Services, Inc. ("IFS") or concerning the damages expert retained to testify at trial on behalf of IFS. The Court having heard this matter in a conference call, with all counsel participating, on Tuesday, April 10, 2007, it is hereby

ORDERED

that:

1. PNC's emergency motion is GRANTED. PNC shall have an extension of time, through and including May 1, 2007, to submit any pretrial motions in limine concerning IFS' damages claims or theories, or concerning IFS' expert on such damages. IFS shall have one week following the filing of any such motions to respond. Counsel for PNC and IFS shall cooperate in good faith in an effort to schedule that expert's deposition at the earliest practicable date.

2. Any and all other pretrial motions in limine shall be filed on or before April 20, 2007, following the settlement conference currently scheduled for April 19, 2007. Responses to any such motions shall be due one week following the filing of the motion.

ENTER: ORDER:

Mary M. Lisi USDJ 4/12/07 Barbara Barletta

Presented by:

Mark W. Freel (#4003)
Raymond M. Ripple (#6489)
EDWARDS ANGELL PALMER & DODGE, LLP
2800 Financial Plaza
Providence, RI 02903
Tel. (401) 274-9200
Fax (401) 276-6611

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of April 2007, I caused a true copy of the within Order to be delivered by regular mail, postage prepaid, to:

Jeffrey C. Schreck, Esq.
99 Wayland Avenue
Suite 200
Providence, RI 02906-4314

Mark W. Freel