UNITED STATES DISTRICT COURT]
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INDEPENDENT FINANCIAL SERVICES, INC., Plaintiffs, | ) | |
| v. | ) | C.A. NO. 05-275-ML |
| PNC BANK, N.A., f/k/a PNC BANK, F.S.B., Defendant. | ) | |

**PLAINTIFF'S DESIGNATION OF DEPOSITION TESTIMONY FROM THE DEPOSITION OF DONALD POPPLETON DATED MARCH 14, 2007**

Plaintiff hereby designates the following testimony from the deposition of Donald Poppleton:

| FROM | TO |
|---|---|
| 5 line 3 | 7 line 1 |
| 8 line 3 | 9 line 7 |
| 11 line 18 | 13 line 12 |
| 15 line 1 | 15 line 19 |
| 22 line 4 | 22 line 9 |
| 23 line 8 | 23 line 12 |
| 23 line 24 | 26 line 25 |
| 30 line 5 | 30 line 10 |
| 30 line 24 | 32 line 2 |
| 33 line 7 | 36 line 12 |
| 40 line 18 | 42 line 4 |
| 42 line 20 | 43 line 25 |
| 44 line 25 | 45 line 16 |
| 49 line 10 | 51 line 7 |
| 54 line 20 | 58 line 16 |
| 63 line 5 | 63 line 15 |
| 69 line 10 | 70 line 4 |
| 72 line 18 | 73 line 10 |
| 74 line 18 | 75 line 15 |
| 78 line 15 | 79 line 17 |
| 85 line 18 | 86 line 14 |
| 87 line 12 | 89 line 17 |

(Plaintiff's Designation of Donald Poppleton, continued)

| **FROM** | **TO** |
|---|---|
| 97 line 25 | 100 line 2 |
| 106 line 22 | 109 line 8 |
| 113 line 16 | 113 line 20 |
| 115 line 4 | 116 line 16 |
| 119 line 19 | 121 line 4 |
| 140 line 2 | 141 line 16 |
| 143 line 4 | 145 line 6 |
| 146 line 3 | 146 line 7 |
| 158 line 22 | 159 line 25 |

/s/Jeffrey Schreck_________________
Jeffrey C. Schreck (#2428)
99 Wayland Avenue, Suite 200
Providence, RI 02906
TEL (401) 421-9600
FAX (866) 587-1527
Attorney for Plaintiff