UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

INDEPENDENT FINANCIAL SERVICES, INC.

Plaintiff

v.

PNC BANK, N.A., f/k/a PNC BANK, F.S.B.,

Defendants

C.A. No. 05-275-ML

**DISMISSAL STIPULATION**

The undersigned parties, by and through their respective counsel, hereby stipulate and agree that the above-captioned action shall be and hereby is dismissed, with prejudice, all parties to bear their own fees and costs.

PNC BANK, N.A., f/k/a PNC BANK, F.S.B.

By its Attorneys,

/s/ Mark W. Freel
Mark W. Freel (#4003)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, Rhode Island 02903
(401) 274-9200
(401) 276-6611 (Fax)

INDEPENDENT FINANCIAL SERVICES, INC.

By its Attorneys,

/s/ Jeffrey C. Schreck
Jeffrey C. Schreck (#2428)
99 Wayland Avenue, Suite 200
Providence, RI 02906
(401) 421-9600
(866) 587-1527 (Fax)

ENTER:

ORDER: